AMERICA'S COLLECTIBLES
NETWORK, INC.,
Appellant

v.

The JEWELRY CHANNEL, INC.
USA, DBA Liquidation
Channel, Appellee

2016-1521

United States Court of Appeals,
Federal Circuit.

January 11, 2017

NEIL C. JONES, Nelson Mullins Riley & Scarborough, LLP, Greenville, SC, argued for appellant. Also represented by ASHLEY BOLAND SUMMER.

MICHAEL S. TURNER, Andrews Kurth Kenyon LLP, New York, NY, argued for appellee. Also represented by JAMES E. ROSINI.

### JUDGMENT

Per Curiam (Dyk, Taranto, and Hughes, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**